UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

|   |   |
|---|---|
| RENEE P., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> FRANK BISIGNANO, ) <br> Commissioner of the Social ) <br> Security Administration, ) <br> ) <br> Defendant ) | C.A. No. 1:24-cv-00379-MSM-AEM |

ORDER

Mary S. McElroy, United States District Judge.

On May 1, 2025, Magistrate Judge Lincoln A. Almond filed a Report and Recommendation ("R&R") (ECF No. 15) recommending that the Court grant the Plaintiff's Motion for Reversal of the Disability Determination of the Commissioner of Social Security (ECF No. 11) and deny the Defendant's Motion for an Order Affirming the Decision of the Commissioner (ECF No. 12). After having carefully reviewed the relevant papers, the relevant law, and having heard no objections, the Court ACCEPTS the R&R and ADOPTS the recommendations and reasoning set forth therein.

Accordingly, Plaintiff's Motion for Reversal of the Disability Determination of of the Commissioner (ECF No. 11) is GRANTED, and the Defendant's Motion for an Order Affirming the Decision of the Commissioner (ECF No. 12) is DENIED. Final judgment shall enter for the Plaintiff remanding this case for additional

administrative proceedings consistent with this Order.

IT IS SO ORDERED.

_____
Mary S. McElroy
United States District Judge

May 27, 2025